IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARL DAVIS,
d/b/a DAVIS CONSTRUCTION CO.                                                      PLAINTIFF

v.                                        Civil No. 1:21-cv-01049

ANDREW SIMPSON; and

THOMAS J. VILSACK, in his official
capacity as Secretary of Agriculture; and

TOMMY JAMES, in his official capacity as
Area Director of Monticello, Arkansas Area
Office of USDA Rural Development Agency                                           DEFENDANTS

## ORDER

**BEFORE** the Court is Defendant Andrew Simpson's ("Simpson") Motion for Leave to Appeal *In Forma Pauperis*. ECF No. 43. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009), the Honorable Susan O. Hickey referred this Motion to the undersigned. I have reviewed the Application and find that Simpson is entitled to proceed *in forma pauperis* on appeal.[1]

**IT IS HEREBY ORDERED** that the Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 43) is **GRANTED**, and Simpson is entitled to proceed with this matter without prepayment of fees or costs.

**IT IS SO ORDERED** this **6th day of May 2022.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] By this finding I make no ruling or recommendation regarding the merits of any claim.